[No. 8077–6–I. Division One. June 22, 1981.]

SIDNEY M. STOCK, ET AL, *Appellants*, v. GENE LYNN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 814219, Carolyn R. Dimmick, J., entered September 25, 1979. *Affirmed* by unpublished opinion per Williams, J., concurred in by James, C.J., and Andersen, J.

[No. 8183–7–1. Division One. June 22, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. MARY LOUISE BERRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90508, Stephen M. Reilly, J., entered November 21, 1979. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Andersen, JJ.

[No. 8337–6–I. Division One. June 22, 1981.]

WESTERN NATURAL FOODS, INC., *Appellant*, v. FOURTH AVENUE ASSOCIATES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 79–2–02420–1, Horton Smith, J., entered December 18, 1979. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Andersen and Corbett, JJ.